# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

IN RE: Darrell Randell Calhoun  
Debra Ann Calhoun

Case No.   14-31806  
Original 341(A) Date:   December 02, 2014

SSN# :   XXX-XX-5877  
SSN# :   XXX-XX-5301         DEBTORS

Petition File Date:   October 26, 2014  
Mortgage in Plan

## PROCEEDINGS MEMO - SECTION 341(A) MEETING OF CREDITORS

**Debtor**  
Yes [✓] No [ ] Sworn/Affirmed and Examined  
Yes [✓] No [ ] Personal Identity Confirmed  
Yes [✓] No [ ] SSAN Confirmed  
Yes [✓] No [ ] Debtor Certification Signed  
Yes [✓] No [ ] 521(e)(2)(A)(i) Tax Return/Transcript  
(____Not Required to File ____Extension Granted)

**Joint Debtor**  
Yes [✓] No [ ]  
Yes [✓] No [ ]  
Yes [✓] No [ ]  
Yes [✓] No [ ]  
Yes [✓] No [ ]  
(____Not Required to File ___Extension Granted)

Debtor Attorney  VERA S GOUDES  
Present?  Yes [✓] No [ ]

Creditors Present? None [✓] _____

Address Change    Yes [ ] No [✓] _____

Employment Change  Yes [ ] No [✓] _____

Lis Pendens  Yes [ ] No [ ]    DSO Notice  Yes [ ] No [✓]    ACP  Above [✓] Below [ ]

Plan terms  $~~1,300.00~~ 4,065 per month for 60 months.    Est. Payout if Base Plan 1%

Lump Sum Payment _____

[ ] If applicable, debtors consent to plan modification(s).

[ ] Trustee Recommends Confirmation

   [ ] Subject to _____

[ ] Trustee does not recommend Confirmation and will file:

   [ ] Objection to Confirmation/Motion to Dismiss _____  
   ____Feasibility; ____Good Faith; ____Priority; ____Secured; ____Disposable Income; ____Best Int. of Creditors  
   ____1325(a)(9) Taxes

   [ ] Motion to Dismiss/Convert Case _____  
   ____Failure to Proceed; ____First Money; ____Failure to Appear; ____Tax Returns 1308; ____521(e)(2)(A)(i)

   [ ] Proposed Order Dismissing Case _____  
   ____No First Money; ____Failure to Appear

[✓] Creditors' Meeting Continued to  12/16/14 @ 2pm

[ ] Yes  [✓] No   Debtor's Attendance Required at Continued Meeting

[ ] Subject to receipt of first money by _____

Remarks/Comments  $17KNE; Amend plan to pay Fidelity direct and amend Sch J; provide business budget

_____  
Presiding Officer

Local Form 7                                                                                                    March 2013

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
*[insert correct division name]*   **DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| DARRELL RANDELL CALHOUN, AND ) | |
| DEBRA ANN CALHOUN, ) | Case Number 14-31806 |
| ) | |
| ) | |
| Debtor(s) ) | |

## CHAPTER 13 DEBTOR'S CERTIFICATION AND AFFIDAVIT—§ 341 MEETING

The undersigned, being the Debtor(s) referenced above, do hereby certify under oath administered by the Chapter 13 Trustee at the § 341 meeting of creditors conducted on the date noted below, the following (check the appropriate option and fill in the information requested as needed):

### DOMESTIC SUPPORT OBLIGATION CERTIFICATION

Male    Female

1.    ( X )    ( X )    I am <u>not</u> presently required by any voluntary agreement, judicial or administrative order, or statute to pay any domestic support obligation (as defined in 11 U.S.C. § 101(14A)); or,

2.    ( )    ( )    I am required to pay under a voluntary agreement or domestic support order, and the full information as required by law as to the identity of the holder of this claim is already included in my petition, including the name and full mailing address of the holder, and ages and custodian of any children relating to the support order, and,

a.    ( )    ( )    As of the date of this affidavit, I am current under any obligation created therein, <u>and</u> I agree to notify the Chapter 13 Trustee should I miss any payments due or otherwise become delinquent under any support obligation from this day until my confirmation order is entered.

b.    ( )    ( )    I am presently in arrears as of the date of this Affidavit as follows:

   ( )    I have only those arrears as listed in my petition, and I am current <u>post-petition</u> through today; or,

   ( )    In addition to any arrears listed in my petition, I have incurred the following <u>post-petition</u> arrearage:

### TAX RETURN CERTIFICATION

Male    Female

1.    ( )    ( )    I was not required to file <u>any</u> Federal, State, or local tax returns for the 4-year period ending on the date of the filing of my Chapter 13 petition for the following reason(s):

2. ( ) ( )   I was not required to file Federal, State, or local tax returns for the following years during the 4-year period ending on the date of the filing of my Chapter 13 petition for the following reason(s):

_____

_____

3. ( X ) ( X )   I was required to file Federal, State, and local tax returns for the 4-year period ending on the date of the filing of my Chapter 13 petition, and I have filed all of the returns that I was required to file during that 4-year period.

4. ( ) ( )   I was required to file Federal, State, and local tax returns for the 4-year period ending on the date of the filing of my Chapter 13 petition, but I have not filed the following required return(s):

_____

_____

## CERTIFICATION OF WAGES

Male   Female

1. ( X ) ( X )   My Chapter 13 petition contains valid and accurate information as regards the payment of wages to me by my employer for the 60-day period ending on the date of the filing of my petition, and my petition contains valid and accurate information as to my average income for the six-month period ending on the last day of the calendar month immediately preceding the filing of my petition; or,

2. ( ) ( )   The information as contained in my petition has changed as follows:

_____

_____

**By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate, and the Chapter 13 Trustee and the Court may rely on these statements for purposes of determining if confirmation of my proposed Plan is allowed under the provisions of the Bankruptcy Code. Any inaccuracy in this affidavit may be grounds for revocation or denial of my confirmation.**

Dated this the 2nd day of December, 2014.

_____
Male Debtor

_____
Female Debtor